IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACY L. GRAHAM,

        Petitioner,

        v.

MEGAN J. BRENNAN, Postmaster
General, United States Postal Service,

        Respondent.
_____

Civ. No. 1:16-cv-00242-CL

ORDER

MCSHANE, Judge:

        Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 77), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 77) is adopted. Defendant's motion for summary judgment (ECF No. 63) is GRANTED. Plaintiff's motion for summary judgment (ECF No. 65) is DENIED.

IT IS SO ORDERED.

        DATED this 16th day of November, 2017.

                        _____/s/ Michael J. McShane_____
                              Michael McShane
                        United States District Judge

1 – ORDER